UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN RECTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:11-cv-674- JMS-TAB |
| | ) |
| TOWN OF FISHERS, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

The Court has been advised by counsel that a settlement has been reached in this matter. Accordingly, any pending motions are denied, without prejudice, as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 30 days.

SO ORDERED: 10/29/2012

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Paul J. Cummings
HENN LAW FIRM PC
Paul.Cummings@HennLawOnline.com

David M. Henn
HENN LAW FIRM P.C.
david.henn@hennlawonline.com

Julie Joy Havenith
TRAVELERS STAFF COUNSEL OFFICE
jhavenit@travelers.com

Jennifer Lee Williams
CHURCH CHURCH HITTLE & ANTRIM
williams@cchalaw.com